| | | |
|---|---|---|
| JOSE NONATO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Aspinal of London USA, Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois**<br><br>Case No.: 1:26-cv-3271<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: September 10, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Russell Monilla**
By: Russell Monilla, Esq.
4903 Avenue N,
Brooklyn, NY 11234
O: 844-731-3343
D: 850-404-0382
Email: rmonilla@ealg.law